■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANSAR F. BALLARD, Appellant. [19 NYS3d 773]—Appeals by the defendant, as limited by his brief, from two sentences of the County Court, Dutchess County (Greller, J.), both imposed October 28, 2014, upon his convictions of criminal possession of a controlled substance in the third degree under S.C.I. No. 287/11, and criminal sale of a controlled substance in the third degree under indictment No. 85/14, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Balkin, J.P., Chambers, Cohen and Hinds-Radix, JJ., concur.